1/16/15

Court of Appeals District

Cadena Reeves Justice Center

300 Dolorosa Suite 3200

San Antonio Texas 780205-3037

Honorable Judge LittleJohn

From:

Maryann Castro Pro-se Appellant

1501 Olive

Jourdanton Texas 78026

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957

**Motion to Continue to Modify Agreement for Final Divorce Signed By Judge Canales on 10/30/13 contest the Equity of 40,000 using a comparative market analysis using a realtors opinion Appellee overvalue 1501 Olive Appellant has a Certified Appraisal showing home value225,000 the actual value**

Honorable Judge

Little John

I Appellant, Maryann Castro pro se, am asking the court, for Justice, In the Agreement for Final Divorce.

Settlement, Manuel Castro due to the false CMA-Comparative Market Analysis, A Realtors Opinion, and it state not to be used as an Appraisal and it was. Fraud was used I have the Appraisal of Real Property Certified Appraisal, 225,000. Tax Appraisal is 215,000 see copies

Bankruptcy, Appellee Manuel Castro hid from Appellant MaryAnn Castro, Home mortgage not being paid. Appellant Maryann Castro, pray for the Court, to relief her of the Agreement For final divorce.

Appellant Maryann Castro is seeking relief from Agreement of the Following facts with evidence listed in the Final Divorce, 40,000 there is not equity, fraud was set up by Appellee Manuel Castro mistress Christina Pacheco, to defraud Appellant Maryann Castro, spousal Maintence, with Appellee Manuel Castro taking part of the fraud.

Appellee Manuel Castro has the martial property in bankruptcy, at the time of Agreement for final divorce was signed tried to falsely gain, 40,000 in Mortgage Money, hiding the bankruptcy Attorney Joseph Appelt took part in malpractice processing a divorce without the stay being lifted, and that is a law that was broken by, Attorney Joseph Appelt, Attorney Dinorah Diaz, Appellee Manuel Castro, and non-spouse mistress Christina Pacheco took part in defrauding Appellant Maryann Castro of spousal maintence, overvaluing the property 1501 Olive with a comparative market analysis, instead of a certified appraisal which is now provided, see copy and tax appraisal see copy.

Appellant Maryann Castro pray for the court to grant her spousal maintence of 800.00 a month beginning as soon as possible with the date starting 10/30/13 as a payment Appellant Maryann Castro will accept the Johnson Control retirement Manuel Castro withheld, in the amount of 11,000 spousal maintence to be continued for 10 years, Appellant Maryann Castro is disabled and needs housing financial assistance to be provided, by Appellee Manuel Castro.

Appellant Maryann Castro pray for the court to grant her 1501 Olive her homestead, not to be sold, due to Appellee Manuel Castro misleading the Court, Appellant Maryann Castro is disabled, 1501 Olive is her home life she never abandoned, Appellant Maryann Castro, paid Attorney Matthew Obremier to stop foreclosure, which would of happened 1/06/15 Appellant Maryann Castro, paid 3500 of her social security disability money, to stop foreclosure.

Appellant Maryann Castro is asking the Court for Appellee Manuel Castro to reimburse her all attorney fees spent 20,000 for it is the Appellee Manuel Castro who committed adultery, fraud, and abandoned his role as provider, spouse, of Appellant Maryann Castro who is disabled and became disabled within the marriage and did not support Appellant through the Separation which began on or about 7/4/2011.

Maryann Castro Appellant pray for the Court to honor her relief and award her Spousal Maintence, Attorney Fee, non-sale of homestead 1501 olive Jourdanton Texas.

Respectfully,

*Maryann Castro*

Ms. Maryann Castro Pro Se Appellant  Sent 1/17/15

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

1/16/15

Enclosed

Appraisal of real property certified 225.000 a certified appraisal is the true value of 1501 Olive not a Comparative Market Analysis realtors opinion was used Appellee used his mistress realtor friend Archie Marmejo set it up to overvalue at 351,000 it was filed and used to defraud Appellant Maryann Castro of Spousal Maintence.

Taxes I am paying copy appellee not paid

Social security 2013 income

I could not afford to do the things in the agreement for Divorce house was not being paid, in foreclosure, bankruptcy appellee Manuel Castro did not tell the court hid from appellant Maryann Castro Attorney Joseph Appelt and Attorney Dinorah Diaz hid this fact from Judge Canales, the stay was not lifted on 10/30/13.

Dec 15, 2014 balance 79019.30

Note balance owed 275251.54 as of Nov 2014

Manuel Castro evidence of bankruptcy

Dated 7/31/14 Appellant Maryann Castro paid for bankruptcy stay to be lifted Appellee Manuel Castro and Attorney Joseph Appelt proceeded in trying to collect financially illegally Appellee was in bankruptcy not paying the mortgage.

Comparative Market Analysis, prepared for Appellant Maryann Castro 184,000

Comparative market analysis prepared for Appellee Manuel Castro mistress had prepared by realtor friend showed 351,000 fraud.

Mistress involvement in Marriage Christina Pacheco

BSI 73,967.02 statement proof Appellee owes mortgage no equity in 1501 Olive

Tax Appraisal 215,000 on or about Appraisal Property certified at 225,000 not 351,000

Bankruptcy showing Appellee filed Appellant Maryann Castro never notified

Harassment of Mistress Christina Pacheco at 1501 Olive

Income of appellant Maryann Castro disabled

Proof of affair committed Adultery notified by Christina Pacheco husband she is known as Tina Pacheco

Appellant Maryann Castro prays for relief of Final Divorce Agreement signed on 10/30/13 no equity awarded to Appellee Manuel Castro due to fraud, Adultery, discrimination of a disabled person Appellee Manuel Castro Brought this to Appellant Maryann Castro when he abandoned his home and marriage to appellant Maryann Castro and Committed Adultery with Christina Pacheco both who committed fraud in the Agreement for Final Divorce signed on 10/30/13.



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
8165 FM 2146
9.45 Acres, J. Poitvent Survey #1, Abstract 1239
Jourdanton, TX 78026

### FOR:
Advantage Mortgage
6601 Blanco Road, Suite 100
San Antonio, Texas 78216

### AS OF:
December 19, 2005

### BY:
Angela R. Overlay
13730 Adobe Walls Drive
Helotes, Texas 78023

(210) 695-4400

Form GA1 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 225,000 to $ 255,000

There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 220,000 to $ 240,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustment | COMPARABLE SALE # 2 | +(-) $ Adjustment | COMPARABLE SALE # 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 1501 Olive St. Jourdanton | 6920 FM 1332 Jourdanton | | 231 Hayden Road Pleasanton | | 770 Tom Road Pleasanton | |
| Proximity to Subject | | 2.38 miles | | 3.42 miles | | 6.15 miles | |
| Sale Price | $ Refinance | $ 240,000 | | $ 220,000 | | $ 224,250 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 193.85 sq.ft. | | $ 85.64 sq.ft. | | $ 90.42 sq.ft. | |
| Data Source(s) | | MLS#512104/Agent | | MLS#646896/Agent | | MLS#547680/Agent | |
| Verification Source(s) | | Deed Records | | Deed Records | | Deed Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Cash | | Conventional | | Conventional | |
| | | | | $0.00 | | $0.00 | |
| Date of Sale/Time | | 02/05 | | 09/05 | | 08/05 | |
| Location | Good | Good | | Good | | Interior/Out | +10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9.45 Acres | 26 Acres | -22,500 | 1 Acre | +20,000 | 10 Acres | |
| View | Countryside | Countryside | | Countryside | | Countryside | |
| Design (Style) | 1-Story | 1-Story | | 1-Story | | 1-Story | |
| Quality of Construction | Average | Average | | Good | | Average | |
| Actual Age | 0 | 17Yrs/5 Effect | | Good | | 0 | |
| Condition | Good | Good | +5,000 | 5 Years | -5,000 | Good | |
| Above Grade Room Count | Total 6 Bdrms 3 Baths 2 | Total 6 Bdrms 3 Baths 2 | | Total 8 Bdrms 4 Baths 2.5 | -3,000 | Total 9 Bdrms 4 Baths 3 | -4,000 |
| Gross Living Area | 2,397 sq.ft. | 1,783 sq.ft. | +18,120 | 2,589 sq.ft. | -5,160 | 2,480 sq.ft. | -2,490 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central H&A | Central H&A | | Central H&A | | Central H&A | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | Pad Parking | Pad Parking | | 2-Car Garage | -5,000 | 2-Car Garage | -5,000 |
| Porch/Patio/Deck | Porches | Porches | | Porches | | Porches | |
| Fireplace | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| | | Metal Barn | -10,000 | Swimming Pool | -10,000 | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ 9,380 | | ☒ + ☐ - $ 1,840 | | ☐ + ☒ - $ 1,490 | |
| Adjusted Sale Price of Comparables | | Net 3.9 % Gross 23.2 % $ 230,620 | | Net 0.8 % Gross 21.9 % $ 221,840 | | Net 0.7 % Gross 9.6 % $ 222,760 | |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   San Antonio MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   San Antonio MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | See Comments Below. | None | None | None |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject is under construction and has not transferred in the past 36 month period. The sales used in this appraisal have not transferred in the 12 months prior to the above noted transaction.

Summary of Sales Comparison Approach   Equal emphasis was given all sales. Sale 1 was superior in acreage and metal work shop. It was inferior in age and living area. Sale 2 was inferior in acreage and age, but superior in baths, living area, garage and swimming pool. Sale 3 was equal in site size, but inferior in value because it was located out in the county. It was superior in baths, living area and garage. It was necessary to use sales that closed over 6 months ago and to go over 6 miles for comparable sales due to the low density of development in the subject's market area and the need for home sales on acreage tracts. The subject is considered a "mini ranch" and these types of residential properties are becoming increasingly popular in the market.

Indicated Value by Sales Comparison Approach $ 225,000

Indicated Value by: Sales Comparison Approach $ 225,000   Cost Approach (if developed) $ 228,790   Income Approach (if developed) $ N/A

Greatest emphasis was given the market data approach, because it best reflects the actions of buyers and sellers in the marketplace. The cost approach also supports the value. The income approach was not used due to insufficient rental data necessary to develop an indication of value.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  None

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  225,000  , as of  December 19, 2005  , which is the date of inspection and the effective date of this appraisal.



**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
711 Navarro Street, Ste 300
San Antonio, TX 78205
PHONE: (210) 225-4422 FAX: (210) 231-0963
(800) 876-6144
July 22, 2014

T3-PG-5935

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON TX 78064-0495

1047976850
2,115

Acct. # 17471  CAD#17471 - ABS A01239 J POITEVENT SV-1,9.45 ACRES (see attached DELINQUENT ACCOUNT STATEMENT)

## ACCOUNT REFERRED FOR LEGAL ENFORCEMENT

Atascosa County Taxpayer:

...law firm has been retained to institute forced collection procedures to collect the Atascosa County delinquent taxes on the above referenced account. This letter and the detailed tax statement enclosed are your notice that these taxes ...linquent and must be paid immediately to avoid legal enforcement.

...ust make payment within ten (10) days from the date of this letter. In order to avoid legal enforcement, you should ...payment immediately by returning the enclosed statement along with your check payable to:

**Atascosa County**
**1001 Oak St**
**Jourdanton, TX 78026-2849**
**(830) 769-3842**

...Y OWE ADDITIONAL TAXES TO ENTITIES NOT SHOWN ON THE ATTACHED STATEMENT. FOR ADDITIONAL ...ATION, PLEASE CONTACT THE OFFICE OF THE ATASCOSA COUNTY TAX ASSESSOR-COLLECTOR, LORETTA HOLLEY, ...769-3842.

...lieve this statement is in error, or that you are entitled to an exemption, or if you do not own the property, please ...this law office at 711 Navarro Street, Ste 300, San Antonio, TX 78205 and supply the ACCOUNT NUMBER ...t your comments. If you need to set up a payment plan, contact our office at (800)876-6144 for more ...n. If you have an active payment plan, a lawsuit will not be filed.

...E 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS ...AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ...NT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Sincerely,

Ronald E. Rocha
Attorney at Law

H-124B

CORRESPONDENCIA SE TRATA DE SUS IMPUESTOS Y LA POSIBILIDAD DE UNA DEMANDA...

ATASCOSA COUNTY TAX OFFICE
1001 OAK STREET
JOURDANTON, TX 78026

| | Receipt Number |
| --- | --- |
| | **1302446** |
| Date Posted | 01/05/2015 |
| Payment Type | P |
| Payment Code | Partial *** |
| Total Paid | $100.00 |

**PAID BY:**

CASTRO MARY ANN
PO BOX 495
PLEASANTON, TX 78064

| Property ID | Geo | Legal Acres | Owner Name and Address |
| --- | --- | --- | --- |
| 17471 | 01239-00-000-001104 | 9.4500 | CASTRO MANUEL & MARYANN |

**Legal Description**

ABS A01239 J POITEVENT SV-1,9.45 ACRES

PO BOX 495
PLEASANTON, TX 78064

| Situs | | DBA Name |
| --- | --- | --- |
| 1501 OLIVE ST , | | |

| Entity | Year | Rate | Taxable Value | Stmt # | Void | Original Tax | Discnts | P&I | Att Fees | Overage | Amount Pd |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EVERGREEN WATER DIST | 2013 | 0.00600 | 216,300 | 53838 | N | 0.90 | 0.00 | 0.22 | 0.16 | 0.00 | 1.28 |
| FARM TO MARKET ROAD | 2013 | 0.07600 | 238,300 | 53838 | N | 12.50 | 0.00 | 3.00 | 2.33 | 0.00 | 17.83 |
| ATASCOSA COUNTY | 2013 | 0.34060 | 241,300 | 53838 | N | 56.72 | 0.00 | 13.62 | 10.55 | 0.00 | 80.89 |
| | | | | | | | | | | | 100.00 |

Balance Due As Of 01/05/2015: 796.13

| Tender | Details | | Description | Amount |
| --- | --- | --- | --- | --- |
| Money Order | 17-133811575 | | | 100.00 |
| | | | | 100.00 |

*** Payment code of 'Partial' indicates this transaction is considered a partial payment. Please contact the Tax Office for balance due information.

| Operator | Batch | Total Paid |
| --- | --- | --- |
| LH | 12840 (01/05/15LH) | 100.00 |

Special Condition Exists for this Property
Page: 1     Receipt issued in Accordance with Section 31.075 of the Texas Property Tax Code

# Social Security Administration

Date: June 5, 2013
Claim Number: XXX-XX-5895A

IBEV010005905  0.345  MB  0.405  T00000020
MARYANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2012, the full monthly Social Security benefit before any deductions is $ 1008.30.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 1008.00. (We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-7432. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3438 E SOUTHCROSS
SAN ANTONIO, TX 78223

See Next Page

CAUSE NO. 2011-CI-15957

In the matter of
the marriage of
Manuel Castro
vs and
Mary Ann Castro
Non-Spouse Respondent
Tina Pacheco

IN THE DISTRICT COURT

45th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

AGREEMENT FOR Final Divorce

On the 30 day of October, 20 13, came on to be heard the above styled and numbered cause of action.

Petitioner and Respondent appeared in person and announced ready. After conference, the parties reached an agreement on the terms and conditions set forth below.

By the signatures below the parties acknowledge that this agreement expresses the entire understanding and accord of the parties in consent that the Court may, without further notice, enter binding orders in accordance with this agreement.

1. Grounds: Irreconsiable differences

2. Property Award  Petitioner Manuel Castro ① awarded 100% of his 401k resultant from employement w/ Johnson Controls and for consideration of his reduced equity as an offeset in interest in property located at 1501 Olive Street, Jourdanton, Texas 78026. ② Awarded $40,000 in equity of the home located at 1501 Olive Street, Jourdanton, Texas at time of refinancing but no later than February 28, 2014 11:59 pm. ③ All personal property in his possession or subject to his control ④ Pictures + paper of father and books if any in Mary Castro poss. Respondent Mary Ann Castro ① awarded the marital residence located at 1501 Olive Street, Jourdanton Texas 78026 subject to $40,000 equity award to husband and any and all contents in home and her possession and subject to her control. ③ the animals in her possession.

3. Debts: Each party is responsible for the debts in their name. — Each party pays own attorney fees + cost associated with this litigation. Mary Ann Castro is responsible for the mortgage + related expenses of the home awarded to her at 1501 Olive Street, Jourdanton, Texas 78026. Manuel Castro responsible for his bankruptcy payment

Parties/Attorneys Initials  MC Petitioner  MAC Respondent

page 10 of 4

CAUSE NO. 2011-CI-15957

. **Temporary/Permanent Injunction:** _____
NO ALIMONY AWARDED

All parties agree in good faith to cooperate, to execute all documents necessary to effectuate the desired intent and agreement of the parties. All parties further agree to not impede or otherwise interfer with Mary Ann Castro's attempts to refinance the home at 1501 Olive Street, Jourdanton, Texas 78026.

See Attachment A&B for other terms

SIGNED and ENTERED on this _30_ day of _October_ 20_13_

JUDGE PRESIDING. David Canales
Hon.

**APPROVED AS TO FORM:**

Attorney for Petitioner Joseph Appealt
TBN: 00799809

Attorney for Respondent TBN: 05804750
M. Dinorah Diaz

**APPROVED AS TO FORM AND SUBSTANCE:**
(Please provide complete mailing address below.)

x_____
Petitioner (signature) Manuel Castro

Respondent (signature) Mary Ann Castro

~~Manuel Castro~~ Christine V Pacheco
Non Spouse - Respondent
Tina Pacheco Pro Se
425 Houston St Pleasanton Tx 78064
Address

City/State/Zipcode
830/570-5870
Telephone Number

If Respondent or Petitioner is unrepresented, <u>always</u> include a mailing address.

MC CIP MaC

page 2 of

continuation

other terms concerning 1501 Olive Street, Jourdanton, Texas 78026

(A) Mary Ann Castro shall use due diligence in attempting to have home refinanced by February 28, 2014, 11:59 pm.

If Mary Ann Castro is unable to refinance home or otherwise remove Manuel Castro's name of the mortgage of the home on Olive Street Jourdanton, then she or any party may move to extend time to refinance upon Motion or assertion with the court for that extension of time. Mary Ann Castro need show due diligence.

(B) If Manuel Castro has to expend funds to prevent foreclosure, he shall be entitled to reimbursement of that cost from sale of the home. Manuel Castro authorized to do what he needs to prevent foreclosure of home without harming Mary ann castros interest.

(C) If the Olive Street home is unable to be refinanced by the designated period by the court, then the home shall be sold and $40,000 shall be awarded + paid to Manuel Castro and the balance of the proceeds shall be paid + awarded to Mary Ann Castro.

Only contested issue

Judge determined time for refinancing, to February 28, 2014, 11:59 pm, and other terms regarding extention of time to do so.

MC

The parties retain their position and rights to assert any and all claims and or defenses pertaining to the lawsuit involving the mobile home w/ green tree serviceing.

me CVP    MAE

Revenue Service
703 below, to see if any of your
Social Security benefits are
taxable. Do not return this form
to us or the IRS. Do not attach it

2012 — shows the total amount
of Social Security we paid you in
2012. This amount may not agree

show items that apply to you in the
column headed "Description of
Amount in Box 4."

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2012
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| MARYANN CASTRO | 5895 |

| Box 3. Benefits Paid in 2012 | Box 4. Benefits Repaid to SSA in 2012 | Box 5. Net Benefits for 2012 *(Box 3 minus Box 4)* |
|---|---|---|
| $11,892.00 | NONE | $11,892.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $11,892.00 | NONE |
| Benefits for 2012 | $11,892.00 | |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

MARYANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM (1-2013)          **DO NOT RETURN THIS FORM TO SSA OR IRS**

# BUCKLEY ■ MADOLE

Buckley Madole, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

LEGAL PRECEDENT IS NOT CLEAR AS TO WHETHER THE SENDING OF THIS LETTER MAKES US A DEBT COLLECTOR. TO THE EXTENT IT DOES, PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

MARY CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

December 2, 2014

Re:     Loan No.: 44675

Property: 1501 OLIVE STREET, JOURDANTON, TX 78026

## FAIR DEBT COLLECTION PRACTICES ACT NOTIFICATION

We represent BSI Financial Services, Inc., whose address is 7505 Irvine Center Drive, Irvine, CA 92618 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement concerning the Note and Deed of Trust which are associated with the above referenced loan number.

Our firm has been requested to pursue foreclosure processing in accordance with the terms of the Note and Deed of Trust and applicable law.

1. According to the information provided to us by our client, the total amount required to cure the default under the note and deed of trust through December 15, 2014 is $79,019.30 and the total amount required to payoff the debt through November 30, 2014 is $275,251.54.

2. Because of payment installments that accrue monthly and other charges that may vary from day to day, the total amount required to cure the default may be greater on the day that you choose to pay. Likewise, because of interest and/or other charges that may vary from day to day, the total amount required to payoff the debt may be greater on the day that you choose to pay. Hence, should you choose to pay either of the amounts shown above, an adjustment may be necessary after your check is received in which event we will notify you before the check is deposited for collection. For further information, write our firm at Buckley Madole, P.C., Attn: Foreclosure Department, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254 or call us at (972) 643-6600 .

3. You have thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute it within that period, our firm will presume that it is valid.

4. If you notify our firm in writing within the thirty-day period that the debt, or any portion thereof, is disputed, our firm will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our firm.

If you require further information, please let us hear from you.

Very truly yours,

Buckley Madole, P.C.



BSI Financial
Services, Inc.

10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:       44675
Property Address:   1501 OLIVE STREET
                    JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$73,967.02** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



2289840947

United States Bankruptcy Court
Western District of Texas

In re:
Manuel Guadalupe Castro, Jr.
      Debtor

Case No. 12-52696-cag
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0542-5      User: elizondol      Page 1 of 1
Form ID: 132      Total Noticed: 3      Date Rcvd: Jun 10, 2014

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2014.
db      +Manuel Guadalupe Castro, Jr.,    23302 Hickory Shaddow,    Elmendorf, TX 78112-6172
     +Joseph P. Appelt, Jr,    5825 Callagahn Road,    Suite 104,    San Antonio, TX 78228-1106
     +M Dinorah Diaz,    2325 Vance Jackson Road,    San Antonio, TX 78213-3922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
##+Mary Ann Castro,    1501 Olive Street,    Jourdanton, TX 78026-2220

                                                  TOTALS: 0, * 0, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2014

Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2014 at the address(es) listed below:
Hilary B. Bonial    on behalf of Creditor    Wells Fargo Bank, NA notice@bkcylaw.com
Jeffrey Rollins Davis    on behalf of Debtor Manuel Guadalupe Castro, Jr.
josephs@jeffdavislawfirm.com,
jolynnl@jeffdavislawfirm.com;ecfnotices@jeffdavislawfirm.com;joshc@jeffdavislawfirm.com;normas@je ffdavislawfirm.com;valeriet@jeffdavislawfirm.com
Jeffrey Rollins Davis01    on behalf of Debtor Manuel Guadalupe Castro, Jr.
josephs@jeffdavislawfirm.com,
jolynnl@jeffdavislawfirm.com;ecfnotices@jeffdavislawfirm.com;valeriet@jeffdavislawfirm.com;normah @jeffdavislawfirm.com;joshc@jeffdavislawfirm.com
Lisa L. Cockrell    on behalf of Creditor    BSI Financial Services, Inc.,
lisa.cockrell@tx.cslegal.com,    bkdept@tx.cslegal.com
Mary K Viegelahn    documents@sach13.com
Michael J. Burns    on behalf of Creditor    Wells Fargo Bank, NA mb2@bvwlaw.com,
cdpryor@nbsdefaultservices.com;csanchez@nbsdefaultservices.com
Richard A. McKinney    on behalf of Creditor    Green Tree Servicing LLC rmckinney@higierallen.com
Robert F. Eichelbaum03    on behalf of Debtor Manuel Guadalupe Castro, Jr.
josephs@jeffdavislawfirm.com,
jennifers@jeffdavislawfirm.com;valeriet@jeffdavislawfirm.com;normah@jeffdavislawfirm.com;joshc@je ffdavislawfirm.com;ecfnotices@jeffdavislawfirm.com
Thomas P. Cate    on behalf of Creditor    Atascosa County Tax Assessor-Collector
tcate@sbcglobal.net,    bgarrison.lawofc@sbcglobal.net
United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov

                                            TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Manuel Guadalupe Castro, Jr.**    §     Case No.   **12-52696-lmc**
                  §
        *Debtor(s)*         §      **CHAPTER 13 PLAN**

To the Honorable United States Bankruptcy Judge:

Comes now the Debtor(s) herein and. as required by 11 U.S.C. §1321, files this Debtor's Chapter 13 plan, and in support thereof would show the Court as follows:

### Monthly Plan Payment

Debtor(s) shall each month submit such portion of Debtor's future earnings (or other future income) to the supervision and control of the Chapter 13 Trustee as is necessary for the execution of this plan. Payments by Debtor to the Trustee shall begin within thirty (30) days after the date the Order for relief is entered unless otherwise allowed by the Court. The Debtor's monthly plan payment shall be an amount equal to the Debtor's monthly disposable income or an amount sufficient to pay the claims of general unsecured creditors in full over the term of the plan, whichever first occurs.

### Duration of Plan

The term of the plan shall not exceed sixty (60) months from the date the first monthly plan payment is due or until the claims of general unsecured creditors are paid in full, whichever first occurs, provided that the term may be extended by the granting of a moratorium by the Court after proper notice and opportunity for hearing, or other modification of the plan granted by the Court after proper notice and opportunity for hearing. Regardless of the total term. unless there has been a change in circumstances, the plan shall be deemed to have been completed when the Chapter 13 Trustee has received from or on behalf of the Debtor(s) an amount equal to the number of months specified in the Plan times the monthly plan payment or an amount necessary to pay the claims of general unsecured creditors in full, whichever first occurs, and as adjusted by any post-confirmation modifications of the amount of the monthly plan payment.

### Payment of Claims

Allowed claims shall be paid to the holders thereof in accordance with the terms hereof. From the monthly payments described above, the Chapter 13 Trustee shall pay the following allowed claims in the manner and amounts specified. Claims filed by a creditor designated as secured or priority but which are found by the Court to be otherwise shall be treated as set forth in the Trustee's Recommendation Concerning Claims (TRCC).

**Local Rule 3002 provides, in part, that EVERY creditor filing a proof of claim in all cases SHALL transmit a copy with attachments, if any, to the Debtor's attorney (or the Debtor if the Debtor is pro se) and the Trustee appointed in the case.**

**A. Administrative Expenses:** The Trustee shall pay the expenses, as prescribed by the Court, for administering the plan. The first monthly plan payment shall be paid to the Debtor's attorney as attorney's fees. The balance. if any. of Debtor's attorney's fees shall be paid concurrently with allowed secured claims in consecutive monthly installments. Such fees shall be paid in full prior to any payments being made to general unsecured creditors. Once Debtor's attorney fees are paid in full, those funds will be paid, pro rata. first to secured creditors, then to priority creditors and then to unsecured creditors.

**B. Priority Claims:** Other than Debtor's attorneys' fees. payment of which is provided for in the preceding paragraph. claims entitled to priority under 11 U.S.C. §507. except a claim entitled to priority under §507(a)(1)(B), shall be paid in full. pro rata, unless a specific payment amount is assigned to a particular priority claim, in deferred installments as funds become available upon completion of payment of attorneys' fees and allowed secured calims. The holder of any such claim may agree to a different treatment of such claim. Claims allowed under §507(a)(1)(B) are not dischargeable and may be paid less than the full amount only if the Debtor's disposable income is paid into the plan for 5 years.

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 12–52696–cag

Chapter No.: 13

Judge: Craig A. Gargotta

IN RE: **Manuel Guadalupe Castro, Jr. , Debtor(s)**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on     7/31/14    at    01:30 PM

Hearing to Consider and Act Upon the Following: (Related Document(s): 49 Motion to Approve Agreement for Final Divorce Nunc Pro Tunc filed by Jeffrey Rollins Davis01 for Debtor Manuel Guadalupe Castro Jr. (Attachments: # 1 Proposed Order # 2 Exhibit)) Hearing Scheduled For 7/31/2014 at 01:30 PM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 6/10/14

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

Hearing Notice (hh)] [Ntchrg-HKap]

1855 325 5722
Student Loans

800 -276- 2136

Home Owner
Protection
Service

# Seller's Statement
## Property At: 1501 Olive Street

file an
why? appeal

well
writ of
Certiorari
file Petition 90days

**Prepared For: Maryann Castro**
**1501 Olive Street**
**Jourdanton, TX 78026**

Square
feet at
Olive St
is 2900

## Suggested Marketing Price: $184,000

# Comparative Market Analysis

## Property At:

*Prepared For:*
Manuel Castro
1501 Olive
Jourdanton, TX 78026



*Prepared By:*
Archie Marmolejo
All Season Realty

351,000

SERVING SOUTH TEXAS
All Season
Realty

Office Phone: (830) 281-5263
Direct Line: (210) 347-7330
Personal Fax Number: (210) 569-6211
Email: marmolejoarchie@aol.com

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

50-216
(Rev. 2-94/3)

# SETTLEMENT AND WAIVER OF PROTEST

Appraisal Review Board for:
ATASCOSA COUNTY APPRAISAL DISTRICT
274 S 4TH STREET

POTEET, TX 78065

Account #: 01239-00-000-001104
Case #: 2014-9

Prop ID: 17471
Legal Desc: ABS A01239 J POITEVENT SV-1,9.45 ACRES

*Exhibit A*

54028
CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

Date: 05/07/14

*Jo: Ms Graham*
*JR: Ms. Castro*

## SETTLEMENT AND WAIVER OF PROTEST

I acknowledge that the subject matter of the protest filed on the above date concerning the property described above has been settled. I hereby withdraw my protest and waive my right to any further proceeding in this matter.

Describe actions to be taken: *Corrected Class*

| | |
|---|---|
| EXEMPTIONS: | DP, HS |
| LAND AG VALUE: | $0 |
| LAND HOMESTEAD VALUE: | $54,810 |
| LAND MARKET VALUE: | $54,810 |
| IMPROVEMENT VALUE: | $159,770 |
| TOTAL MARKET VALUE: | $214,580 |
| TOTAL NEW ASSESSED VALUE: | $214,580 |

Property owner
sign here ➪ *Maryann Castro*   *5/7/14*

Agent signature if on behalf of property owner  Date
sign here ➪

Appraisal District Representative
sign here ➪ *Tammy Smith*
Date *5/7/14*

sign here ➪

### Order

On the _____ day of _____ , the Appraisal Review Board with a quorum present ordered that the appraisal records shall be changed according to the settlement.

Chairman
sign here ➪

Date

2/13/2012

TO: EDWARD PIKER ATTORNEY FOR MARYANN CASTRO

FROM: RUDY PACHECO

EVIDENCE OF AFFAIR MANUEL CASTRO HAS BEEN HAVING WITH MY WIFE
TINA PACHECO.
ON OR ABOUT 7/3/11 THAT'S WHEN THE AFFAIR BEGAN

I RUDY PACHECO AM A WITNESS TO THE FOLLOWING:

MANUEL CASTRO, HAS BEEN HAVING AN AFFAIR WITH MY WIFE TINA
PACHECO, THEY LIVED TOGETHER IN ELMENDORF ON HICKORY
SHAWDOW WITH MANUEL CASTRO SISTER, LEILA SILVA AND HER
HUSBAND REY SILVA.
FROM JULY/3/11 TO AUG 18/11 SHE LEFT ME SAID SHE WANTED SOME TIME
ALONE, SHE WAS LVING WITH MANUEL, And I QUESTIONED HER TALK TO
HER DAILY WE WOULD GO EAT DAILY. SOMETHING DID NOT SEEM RIGHT,
BECAUSE MY WIFE OF 30 YEARS DID NOT WANT TO BE HOME AT OUR
RESIDENCE IN PLEASANTON TEXAS.
MANUEL CASTRO CALLED MY WIFE EVEN THOUGH HE KNEW SHE AND I
WERE MARRIED, I WOULD SEE HIM STALKING OUR HOME, I ASKED MY
WIFE OVER AND OVER WHO WAS MANUEL CASTRO, SHE CLAIMED SHE DID
NOT KNOW HE KEPT CALLING HER BOTHERING HER MANUEL CASTRO HAS
A WIFE WHOM I KNEW AND WAS NOT AWARE HER HUSBAND WAS
CALLING MY WIFE AND STALKING HER.
FROM THE AFFAIR THAT BEGAN IN JULY 3. 2011 I NOTICED MY WIFE
TEXTING MARYANN CASTRO AND I QUESTIONED HER SHE WOULD CALL
MS MARYANN CASTRO CRAZY AND THAT MS CASTRO WAS THE ONE THAT
WAS TEXTING, HER, I MET MS CASTRO AND COME TO FIND OUT MY WIFE
TINA PACHECO WAS CALLING HER HUSBAND AND HARRASSING MS
CASTRO I DID NOT KNOW MY WIFE HAD BEEN CALLING MANUEL CASTRO
SHE KEPT SAYING SHE DID NOT KNOW AND DID NOT KNOW WHAT HE
WANTED, SHE LIED. SHE RETURNED HOME AFTER BEING AWAY ALMOST
TWO MONTHS,SHE WAS LIVING IN ELMENDORF WITH MANUEL
CASTRO.THE AFFAIR DID NOT STOP EVEN THOUGH SHE RETURNED HOME
ON OR ABOUT 8/19/2011
MY WIFE TINA PACHECO WOULD RUN OFF AT WEEKENDS, SHE WOULD BE
TEXTING MANUEL CASTRO AND MANUEL CASTRO WOULD BE CALLING
HER, EVERYTIME MY WIFE RAN OFF WITH MANUEL CASTRO, WHEN HE
WOULD CALL, SHE RETURNED WITH HICKEYS, WAS OUT LATE SOMETIME
NEVER RETURNED.HOME . SHE MADE ALL SORTS OF EXCUSES TO GET OUT
OF THE HOUSE.

1

MARYANN CASTRO HAS BEEN THE ONE WHO HAS BEEN HARRASSED BY MY WIFE TINA PACHECO BECAUSE MY WIFE HAD BEEN HAVING A SEXUAL AFFAIR WITH MANUEL CASTRO.

MY WIFE TINA PACHECO HANDLED MY MONEY I WOULD CASH MY CHECK AND HAND HER MY MONEY SHE NEVER PUT ME ON OUR ACCOUNT I WOULD SEE THE BANK STAEMENT STATEMENT COME TO FIND OUT SHE WAS USING MY MONEY TO PAY FOR HOTEL ROOMS, CLOTHES, BOOTS, GO OUT TO EAT, PAID HIS CELL PHONE BILL, GIVE HIM MONEY, WITH MY MONEY.

830-200-8585 IS MANUEL CASTRO CELL PHONE NUMBER I CALLED HE CALLED ME BACK TOLD ME HAS MY WIFE SAID SHE LOVED ME THAT HE DID WANT PROBLEMS WITH ME OR MY SONS, ABOUT 1AM ON OR ABOUT 9/14/11.HE WAS DRUNK, HE TOLD ME HE AND MY WIFE WERE HAVING AN AFFAIR,AND SHE WAS PAYING WITH MY MONEY FOR HER AFFAIR WITH MANUEL CASTRO.

I STARTED QUESTIONING MY WIFE ABOUT MONEY BECAUSE ON FRIDAY I WOULD GET HOME EARLY SHE WOULD NOT BE HOME SHE WOULD TAKE OFF FROM OUR HOME NEVER CALLED ME I WOULD KEEP CALLING HER UNTIL SHE RETURNED I KNEW SHE WAS RUNNING AROUND WITH MANUEL CASTRO SHE KEPT DENYING SAYING SHE WAS AT HER MOMS, SISTER, A FRIEND NAME LAURA

MANUEL CASTRO IS AT FAULT FOR BREAKING UP MY MARRIAGE HE KEPT CALLING MY WIFE TINA PACHECO,I SAW HIS NUMBER ON CALLER ID AND I SAW HIS SISTER LEILA SIVA ON CALLER ID, MY WIFE TINA PACHECO WOULD GET MAD WHEN I QUESTIONED HER ABOUT HER WHERE ABOUTS.

ON 10/13/2011 MY WIFE TINA PACHECO LET ME AGAIN, SHE LEFT OUR GOODWIN HOME AND RAN OFF WITH MANUEL CASTRO, COME TO FIND OUT MANUEL AND MARYANN CASTRO ARE DIVORCING, BECAUSE OF MY WIFE HAVING AN AFFAIR WITH MANUEL CASTRO,THESE TWO PERSONS ARE AT FAULT FOR OUR MARRIAGES ENDING,

I KNOW MS MARYANN CASTRO HAD TRIED TO HOLD ON TO HER MARRIAGE,AS I DID THE SAME, BUT MY WIFE KEPT CALLING HER HUSBAND MANUEL CASTRO AND SHE DID NOT RESPECT MS MARYANN CASTRO SHE LIVED WITH MANUEL CASTRO,THREATEN MS MARYANN CASTRO,VERBALLY,TEXT,EVEN STALKED HER BECAUSE SHE WAS HAVING AN AFFAIR WITH MANUEL CASTRO.

TILL THIS DAY MY WIFE TINA PACHECO AND MANUEL CASTRO ARE LIVING AT MY HOME THAT I BOUGHT ON GOODWIN STREET,ON GOODWIN IN PLEASANTON TEXAS,SHE HAD MS MARYANN CASTRO ARRESTED,CLAIMING SHE HAD HARRASSED HER 1/25/26/2012,MS CASTRO WAS AT WORK,SHE HAD BEEN THREATENED BY BY WIFE, MANY TIMES SHE WAS GOING TO HAVE HER ARRESTED.BECAUSE SHE KNOWS PEOPLE IN LAW ENFORCEMENT,JUDGE GUERRA.OFFICER VELASQUEZ,MS MARYANN CASTRO IS THE WIFE OF MANUEL CASTRO,WHOM MY WIFE LEFT ME FOR BEGINNING 7/3/11 AS OF NOW, I HAVE SEEN HER TEXT MS MARYANN CASTRO AS I SAID SHE DID HARRASS MS MARYANN CASTRO

2

MANY TIMES, BECAUSE MY WIFE TINA PACHECO IS BITTER THAT HER MARRIED LOVER MANUEL CASTRO HAS A WIFE OF 28 YEARS WHOM SHE KNEW, SHE IS THE WIFE OF HER LOVER MARRIED MANUEL CASTRO WHOM SHE HAS BEEN HAVING A SEXUAL AFFAIR WITH SINCE JULY3.2011 AS OF NOW THEY HAVE CONTINUED THEIR SEXUAL AFFAIR IN MY HOME IN PLEASANTON TEXAS ON GOODWIN STREET .February 13, 2012

RESPECTFULLY

MR RUDY PACHECO

*MR.Rudy Pacheco*

IF I CAN BE OF ANY ASSISTANCE
PLEASE CALL ME AT_____
MY ATTORNEY IS DINORAH DIAZ
2325 VANCE JACKSON
SAN ANTONIO TEXAS
78213

Given under my hand and seal this 18th day of February, 2012.

CAROLYN DEHOYOS
Notary Public, State of Texas
My Commission Expires
January 15, 2013

Notary Public

3



2011CI15957 -P00035

NO. 2011-CI-15957

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| MANUEL G. CASTRO | § | 45TH JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2013 AUG 19 PM 4: 58

## SECOND AMENDED COUNTERPETITION FOR DIVORCE

### 1. Discovery Level

Discovery in this case is intended to be conducted under level 1 of rule 190 of the Texas Rules of Civil Procedure. No children are involved in this divorce case, and the value of the marital estate is more than zero but not more than $50,000.

### 2. Parties

This suit is brought by Mary Ann Castro, Counterpetitioner. The last three numbers of Mary Ann Castro's driver's license number are 782. The last three numbers of Mary Ann Castro's Social Security number are 895.

Manuel G. Castro is Counterrespondent. Tina Pacheco is a third party Non Spouse Defendant.

### 3. Domicile

Counterrespondent has been a domiciliary of Texas for the preceding six-month period and a resident of this county for the preceding ninety-day period.

### 4. Service

Service of this document may be had in accordance with Rule 21a, Texas Rules of Civil Procedure, by serving Counterrespondent's attorney of record, Joseph P. Appelt, 5825 Callaghan Rd, Ste. 104, San Antonio, Texas 78228.

**DOCUMENT
SCANNED AS
FILED**

1



2011CI15957 -P00035

## NO. 2011-CI-15957

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| MANUEL G. CASTRO | § | 45TH JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

### SECOND AMENDED COUNTERPETITION FOR DIVORCE

### 1. *Discovery Level*

Discovery in this case is intended to be conducted under level 1 of rule 190 of the Texas Rules of Civil Procedure. No children are involved in this divorce case, and the value of the marital estate is more than zero but not more than $50,000.

### 2. *Parties*

This suit is brought by Mary Ann Castro, Counterpetitioner. The last three numbers of Mary Ann Castro's driver's license number are 782. The last three numbers of Mary Ann Castro's Social Security number are 895.

Manuel G. Castro is Counterrespondent. Tina Pacheco is a third party Non Spouse Defendant.

### 3. *Domicile*

Counterrespondent has been a domiciliary of Texas for the preceding six-month period and a resident of this county for the preceding ninety-day period.

### 4. *Service*

Service of this document may be had in accordance with Rule 21a, Texas Rules of Civil Procedure, by serving Counterrespondent's attorney of record, Joseph P. Appelt, 5825 Callaghan Rd, Ste. 104, San Antonio, Texas 78228.

DOCUMENT
SCANNED AS
FILED

1

Service of this document may be had in accordance with Rule 21a, Texas Rules of Civil Procedure, by serving Tina Pacheco at 624 West Goodwin, Pleasanton Texas 78064.

5. *Protective Order Statement*

No protective order under title 4 of the Texas Family Code is in effect, and no application for a protective order is pending with regard to the parties to this suit.

6. *Dates of Marriage and Separation*

The parties were married on or about July 21, 1984 and ceased to live together as husband and wife on or about July 3, 2011.

7. *Grounds for Divorce*

The marriage has become insupportable because of discord or conflict of personalities between Counterpetitioner and Counterrespondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

Counterrespondent is guilty of cruel treatment toward Counterpetitioner of a nature that renders further living together insupportable including commiting assault on Counterpetitioner.

Counterrespondent has committed adultery.

Counterrespondent has left Counterpetitioner with the intention of abandonment and has remained away for at least one year.

8. *Child of the Marriage*

There is no child born or adopted of this marriage, and none is expected.

9. *Division of Community Property*

Counterpetitioner believes Counterpetitioner and Counterrespondent will enter into an agreement for the division of their estate. If such an agreement is made, Counterpetitioner requests the Court to approve the agreement and divide their estate in a manner consistent with

2

Service of this document may be had in accordance with Rule 21a, Texas Rules of Civil Procedure, by serving Tina Pacheco at 624 West Goodwin, Pleasanton Texas 78064.

5.    *Protective Order Statement*

No protective order under title 4 of the Texas Family Code is in effect, and no application for a protective order is pending with regard to the parties to this suit.

6.    *Dates of Marriage and Separation*

The parties were married on or about July 21, 1984 and ceased to live together as husband and wife on or about July 3, 2011.

7.    *Grounds for Divorce*

The marriage has become insupportable because of discord or conflict of personalities between Counterpetitioner and Counterrespondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

Counterrespondent is guilty of cruel treatment toward Counterpetitioner of a nature that renders further living together insupportable including commiting assault on Counterpetitioner.

Counterrespondent has committed adultery.

Counterrespondent has left Counterpetitioner with the intention of abandonment and has remained away for at least one year.

8.    *Child of the Marriage*

There is no child born or adopted of this marriage, and none is expected.

9.    *Division of Community Property*

Counterpetitioner believes Counterpetitioner and Counterrespondent will enter into an agreement for the division of their estate. If such an agreement is made, Counterpetitioner requests the Court to approve the agreement and divide their estate in a manner consistent with

2

# ATASCOSA COUNTY SHERIFF'S OFFICE

**1108 Campbell Ave.**

**Jourdanton, Texas 78026**

**Office-(830) 769-3434**

**Fax-(830) 769-2721**

**atascosa.county.sheriff@acso-tx.org**

**David Soward**

**Sheriff**

## CRIMINAL TRESPASS WARNING

Complainant/Property Owners: __MARY ANN CASTRO__

Regarding Case # __13-04187__ Dated __7-2-2013__. The Atascosa County Sheriff's Department has been requested by the above named complainant to act with the authority in the following:

## Texas Penal Code Section 30.05-Criminal Trespass

(a) A person commits an offense if the person enters or remains on or in property of another, including residential land, agricultural land, a recreational vehicle park, a building, or an aircraft or other vehicle, without the effective consent and the person:

    (1) Had notice that the entry was forbidden; or

    (2) Received notice to depart but failed to do so.

This written order is hereby served to the below individual, imparting immediate, effective notice that entrance onto the property to wit; __1501 olive st Jourdanton Tx 78026__ in Atascosa County is forbidden. By order of the complainant/property owner's, entrance to the property described above is forbidden until complainant has contacted the Atascosa County Sheriff's Office in person and in writing, asking that the Criminal Trespass Notice be lifted. Any entrance onto the above listed property will constitute a violation of the law. A violation of the Texas Criminal Trespass statue may be subject for criminal prosecution under Texas Law, punishable by confinement in jail for a term not to exceed one (1) year and/or a fine not to exceed $4,000.00.

__Christine Pacheco__ acknowledge that I have received, read, and understand the above written Criminal Trespass Warning, and that I have received a copy of the same.

| | | | |
|---|---|---|---|
| __Christine Pacheco__ | __5/24/64__ | __Christine Pacheco__ | __7/2/13__ |
| Name of Person Warned | Date of Birth | Signature | Date |

| | |
|---|---|
| __#624__ | __7-2-2013__ |
| Deputy's Signature | Date |